IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| HARRISON COUNTY, MISSISSIPPI; HANCOCK COUNTY, MISSISSIPPI; CITY OF BILOXI, MISSISSIPPI; CITY OF D'IBERVILLE, MISSISSIPPI; CITY OF WAVELAND, MISSISSIPPI; MISSISSIPPI HOTEL AND LODGING ASSOCIATION; MISSISSIPPI COMMERCIAL FISHERIES UNITED, INC.; PASS CHRISTIAN, MISSISSIPPI; CITY OF DIAMONDHEAD, MISSISSIPPI | PLAINTIFFS |
| v. | CAUSE NO. 1:19cv986-LG-RHW |
| MISSISSIPPI RIVER COMMISSION and U.S. ARMY CORPS OF ENGINEERS | DEFENDANTS |

**FINAL JUDGMENT OF DISMISSAL AS TO CERTAIN
CLAIMS PURSUANT TO FED. R. CIV. P 54(b)**

The Court, having granted the [16] Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim filed by the Mississippi River Commission and U.S. Army Corps of Engineers by Memorandum Opinion and Order,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [16] Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim filed by the defendants is **GRANTED**. All of the plaintiffs' claims against the Mississippi River Commission, as well as the plaintiff's National Environmental Policy Act claims against the United States Army Corps of Engineers, are **DISMISSED WITH PREJUDICE**. The plaintiffs' Magnuson-Stevens Act claims against the United States Army Corp of Engineers shall remain pending.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court hereby certifies this judgment as a final judgment pursuant to Fed. R. Civ. P. 54(b) because there is no just reason for delay.

**SO ORDERED AND ADJUDGED** this the 13th day of September, 2021.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE